Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.:  16−21316−JKS
                              Chapter:  13
                              Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christiana Obebe
   20 Rosewood Lane
   Denville, NJ 07834

Social Security No.:
   xxx−xx−5622

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/16/16.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 19, 2016
JJW: zlh

                                                                       James J. Waldron
                                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 16-21316-JKS
Christiana Obebe                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2            Date Rcvd: Dec 19, 2016
                              Form ID: 148             Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2016.
```
db         +Christiana Obebe,    20 Rosewood Lane,    Denville, NJ 07834-3801
cr         +Rushmore Loan Management Services LLC, as servicer,    C/O Buckley Madole, P.C.,
             99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
516227653  +Affiliates in Gastroenterology,    101 Old Short Hills Road #217,    West Orange, NJ 07052-1091
516227657   Ditech Financial LLC,    PO Box 44265,    Jacksonville, FL 32231-4265
516227658  +Florham Park Endoscopy Center,    195 Columbia Turnpike #110,    Florham Park, NJ 07932-2254
516452081  +MIDLAND FUNDING LLC,    PO Box 2011,    Warren, MI 48090-2011
516227660  +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
516249741   Nelnet on behalf of USA Funds,    USA Funds c/o Navient Solutions Inc.,
             Attn: Bankruptcy Litigation Unit E3149,    PO Box 9430,    Wilkes-Barre PA 18773-9430
516434668   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    Bank of America,    PO Box 31785,
             Tampa, FL 33631-3785
516456448  +U.S. Bank National Association Trustee (See 410),    c/o Nationstar Mortgage LLC,
             PO Box 619096,    Dallas, Texas 75261-9096
516292391  +Vanz LLC,    c/o Fein Such Kahn & Shepard PC,    7 Century Dr., Suite 201,
             Parsippany, NJ 07054-4609
516227664  +Vanz LLC,    577 Hamburg Turnpike,    Wayne, NJ 07470-2042
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Dec 19 2016 23:39:15      U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 19 2016 23:39:12      United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
516227654  +EDI: BANKAMER.COM Dec 19 2016 23:23:00      Bank of America,    NC4-105-03-14,    PO Box 26012,
             Greensboro, NC 27420-6012
516227655  +E-mail/Text: banko@berkscredit.com Dec 19 2016 23:38:50      Berks Credit & Collections,
             PO Box 329,    Attn: Bnakruptcy,    Temple, PA 19560-0329
516227656  +E-mail/Text: banko@berkscredit.com Dec 19 2016 23:38:50      Berks Credit & Collections,
             PO Box 329,    Attn: Bankruptcy,    Temple, PA 19560-0329
516459976   E-mail/Text: bankruptcy.bnc@ditech.com Dec 19 2016 23:38:58
             Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
             Rapid City, South Dakota 57709-6154
516227652   EDI: IRS.COM Dec 19 2016 23:23:00      Internal Revenue Service,    Special Procedures Department,
             PO Box 744,    Springfield, NJ 07081-0744
516227659  +EDI: MID8.COM Dec 19 2016 23:23:00      Midland Funding LLC,    8875 Aero Drive,
             San Diego, CA 92123-2255
516227661  +E-mail/Text: electronicbkydocs@nelnet.net Dec 19 2016 23:39:17      Nelnet Loans,    PO Box 82505,
             Lincoln, NE 68501-2505
516227662   EDI: PRA.COM Dec 19 2016 23:23:00      Portfolio Recovery Associates,    140 Corporate Blvd,
             Norfolk, VA 23502
                                                                                              TOTAL: 10
```

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
516227663       RAS Citron Law Offices
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2016                                              Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Dec 19, 2016
                               Form ID: 148             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2016 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE ON BEHALF OF THE
           CERTIFICATEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME EQUITY L dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Francesca Ann Arcure    on behalf of Creditor    Rushmore Loan Management Services LLC, as servicer
           for MTGLQ Investors, LP nj_ecf_notices@buckleymadole.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Mark K. Smith    on behalf of Debtor Christiana  Obebe markksmithlaw@aol.com,   Romasmith@aol.com
                                                                                                 TOTAL: 4
```